UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**FILED**
AUG 1 6 2010
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff(s), | |
| VS. | 2:03-CR-173-LDG-RJJ |
| OSBALDO TORRES & RAFAEL OCON, JR. | |
| Defendant(s), | |

### ORDER FOR DESTRUCTION OF EXHIBITS

The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated: 16 Aug. 2010

_____
U.S. DISTRICT JUDGE